**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
PRO SE OFFICE

2014 JAN 31  P 2: 58

—————————————————————— X

MJS EVENTS, LLC,

                  Plaintiff,

      v.

MK CASA DE SHOWS E EVENTOS LTDA.,
JEVEI CASA DE SHOWS E RESTAURANTE LTDA.,
ZHU XIAO YANG and
RUBENS ELIAS ZOGBI FILHO,

                Defendants.

—————————————————————— X

Civil Action No: 13-CV-9249

Honorable Judge Furman

**ANSWER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2014

**MOTION TO DISMISS IMPROPER PARTY AND MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION OR, ALTERNATIVELY, TO TRANSFER VENUE**

In accordance with Federal Rule of Civil Procedure 12(b) subsections (2), (3) and (7) as well as Title

28 of the United States Code section 1404(a), Defendant Rubens Elias Zogbi Filho (Zogbi) hereby

moves for the dismissal of this case against him as he is not the proper party and he is not subject to the

personal jurisdiction of this Court. The motion is supported by the simultaneously filed Memorandum

of Points as well as the referenced appendices. As explained therein, Zogbi is an improper party over

which this Court lacks personal jurisdiction; thus, dismissal and/or removal of the matter is warranted.

        I declare under penalty of perjury that the foregoing is true and correct.

        RESPECTFULLY submitted this 24th day of January 2014.

                /s/ Rubens Elias Zogbi Filho
                MACCHIONE & NETO SOCIEDADE DE ADVOGADOS
                /s/ Marcos N. Macchione, State of Sao Paulo - Brazil Bar No. 177466
                Rua Urissui, 125 – 1st floor
                Phoenix, Arizona 85016
                Phone: ++ 55 (11) 2626-9868 / Fax: ++ 55 (11) 2872-7213
                E-mail: marcos@macchioneneto.com.br
                (Foreign Attorney for PRO SE Defendant Rubens Elias Zogbi Filho)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
COPY PRO SE OFFICE
2014 JAN 31  P 2: 58

————————————————————————— X

MJS EVENTS, LLC,

              Plaintiff,

     v.

MK CASA DE SHOWS E EVENTOS LTDA.,
JEVEI CASA DE SHOWS E RESTAURANTE LTDA.,
ZHU XIAO YANG and
RUBENS ELIAS ZOGBI FILHO,

              Defendants.

————————————————————————— X

Civil Action No: 13-CV-9249
Honorable Judge Furman

## MOTION TO DISMISS IMPROPER PARTY AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Plaintiff MJS Events, LLC (MJS), a corporation organized under the laws of New York with their principal place of business and corporate offices in New York, filed the instant Complaint in the United States District Court for the Southern District of New York, alleging service mark infringement, infringing use of domain name, sale of counterfeit goods and breach of contract, by the Defendant Rubens Elias Zogbi Filho (Zogbi), an Brazilian national and resident, on the purported basis that Zogbi violated the terms of the License Agreement with MJS. (See generally Complaint.)

In accordance with Federal Rule of Civil Procedure 12(b) subsections (2), (3) and (7) as well as Title 28 of the United States Code section 1404(a), Defendant Zogbi hereby moves for the dismissal of this case against him as he is not the proper party and, more importantly, he is not subject to the personal jurisdiction of this Court. As set forth in the following Memorandum of Points and Authorities, Zogbi is an improper party as he is not a party to the License Agreement and, additionally, he does not have the requisite minimum contacts with the State of New York constitutionally needed to confer personal

jurisdiction or support a finding of proper venue. Therefore, dismissal and/or removal is mandated.

## ARGUMENT

**I.   THE LICENSE AGREEMENT IS BETWEEN COSTAR AND TWINKLE APPRAISAL, LLC; THE COMPLAINT, IN ITS CURRENT FORM, DOES NOT SET FORTH ANY BASIS FOR ATTRIBUTING PERSONAL LIABILITY TO MEISSNER. MEISSNER IS NOT A PROPER PARTY AND MUST BE DISMISSED.**

The License Agreement that forms the basis of this action was executed by MJS an New York limited liability company, for licensing the PROVOCATEUR trademark to Defendants MK Casa de Shows e Eventos Ltda. and Zhu Xiao Yang that entered into that License Agreement with MJS approximately on July, 2013. Zhu Xiao Yang, as the managing partner of MK Casa de Shows e Eventos Ltda., executed the License Agreement with MJS.

Defendant Zogbi do not even have a copy of said License Agreement. He is not Partner or shareholder or stakeholder of Defendant MK Casa de Shows e Eventos Ltda, or Defendant Jevei Casa de Shows e Restaurante Ltda., and he is not associate or partner of Defendant Zhu Xiao Yang.

Appendix A is a statement issued by the State of Sao Paulo – Brazil Board of Commerce that shows that the Defendant Zogbi is not and never was part of the company MK Casa de Shows e Eventos Ltda. AKA MK Casa de Shows, Eventos e Comercio de Bebidas e Alimentos Ltda.

Appendix B is also a statement issued by the State of Sao Paulo – Brazil Board of Commerce that shows that the Defendant Zogbi is not and never was part of the company Mokai Casa de Shows e Eventos Ltda., a company that is a stakeholder of Defendant MK Casa de Shows e Eventos Ltda.

Appendix C is also a statement issued by the State of Sao Paulo – Brazil Board of Commerce that shows that the Defendant Zogbi was a shareholder for Defendant Jevei Casa de Shows e Restaurante Ltda., until July, 2012 with register on October, 2012.

Defendant Zogbi was a shareholder for Jevei Casa de Shows Ltda., when it was a very successful nightclub in the city of Sao Paulo, State of Sao Paulo – Brazil named KISS & FLY.

At that opportunity Defendant Zogbi who is a very successful businessperson coming from a very wealth and respected families in Brazil met Defendant Zhu Xiao Yang who offered to Zogbi to enter in a partnership with him and others to establish the brand PROVOCATEUR in Brazil.

Defendant Zogbi also already new the club from New York and personal friendship with MJS managing partner Mr. Michael Satsky.

Defendant Zhu as managing partner for his company Defendant MK Casa de Show e Eventos Ltda., at that point already entered into the License Agreement with Plaintiff MJS and offered the business opportunity to Defedant Zogbi that REFUSED it immediately.

Defendant Zogbi sold his shares of Jevei Casa de Shows Ltda. to others including Defendant Zhu Xiao Yang to avoid to take any hole or responsibility over the business.

Defendant Zogbi still keep a very good relationship with Mr. Michael Satsky and Defendant Mr. Zhu Xiao Yang.

Approximately, on last January 16th, 2013 Defendant Zogbi met Mr. Michael Satsky in Miami, Florida and after clearing that he is not part of it he offered help to bring back Mr. Satsky and Defendant Zhu Xiao Yang relationship back to a good term. Conversations ended over text messaging as shows on Appendix D.

Even that it is well established that a properly formed corporate entity is legally distinct from its shareholders or members and individual liability does not attached without piercing of the corporate veil

or a legal determination disregarding the corporate form. See, e.g., Bart Arconti & Sons, Inc. v. Ames-Ennis, Inc., 340 A.2d 225, 275 Md. 295 (1975), Defendant Zogbi do not keep any business relationship with his Co-Defendants.

**II.     THIS COURT LACKS PERSONAL JURISDICTION OVER ZOGBI BECAUSE HE DOES NOT REGULARLY CONDUCT OR SOLICIT BUSINESS IN THE STATE OF NEW YORK, ENGAGE IN OTHER PERSISTENT COURSE OF CONDUCT IN THE STATE, OR DERIVE SUBSTANTIAL REVENUE FROM NEW YORK-RELATED TRANSACTIONS. THERE ARE NO FACTS SUFFICIENT TO CONFER SPECIFIC OR GENERAL JURISDICTION BY A NEW YORK COURT. AN ASSERTION OF PERSONAL JURISDICTION OVER ZOGBI WOULD VIOLATE THE TRADITIONAL NOTIONS OF DUE PROCESS.**

Zogbi is a current national and resident of State of Sao Paulo - Brazil and has resided in Sao Paulo since he was born, with no immediate plans to leave the State of Sao Paulo – Brazil in the foreseeable future. His sole residence is maintained in Sao Paulo. State of Sao Paulo – Brazil and his professional and business activities are limited to Brazil. Zogbi has not incurred or remitted taxes outside Brazil. He has not purposefully availed himself of the benefits of any other Country.

When a nonresident defendant timely challenges the existence of personal jurisdiction and the appropriateness of the selected venue, the plaintiff bears the burden of proving that the Court, in fact, does have personal jurisdiction over the nonresident defendant and that the chosen venue is proper. Combs v. Bakker, 886 F.2d 673, 676 (4th Cir. 1989); Asco Healthcare v. Heart of Texas Health Care, 540 F.Supp.2d 634, 640-41 (D. Md. 2008); Ottenheimer Publishers Inc. v. Playmore, Inc., 158 F.Supp.2d 649 (D. Md. 2001). To satisfy this burden, the plaintiff must present facts sufficient to establish a prima facie case of personal jurisdiction and proper venue. Id. If the allegations in the complaint are controverted by the affidavit or other evidence provided by the defense, the factual assertions of the defense prevail, unless the plaintiff provides conflicting evidence to support the

allegations of the complaint. Travelers Indem. Co. v. Calvert Fire Ins. Co., 798 F.2d 826, 831 (5th Cir. 1986); Brown v. Flowers Industries, Inc., 688 F.2d 328, 332 (5th Cir. 1982)).

The Southern District of New York Court may assert personal jurisdiction over a nonresident defendant only to the extent allowed under the states long-arm statute. Fed. R. Civ. P. 4(k); ePlus Tech v. Aboud, 313 F.3d 166 (4th Cir. 2002); Copies Typewriters Calculators, Inc. v. Toshiba, 576 F.Supp. 312 (D. Md. 1983). To establish personal jurisdiction over a nonresident defendant, a plaintiff must identify a specific New York statutory provision authorizing jurisdiction. See John Hopkins Health Systems Corp. v. Al Reem General Trading & Company's Rep. Est., 374 F.Supp.2d 465 (Md. 2005). The Complaint, in this matter, fails to identify a specific New York statute as to personal jurisdiction. (Complaint at ¶ 6 to 9.) The exercise of personal jurisdiction to the extent allowed by the Due Process Clause of the Fourteenth Amendment. ALS Scan, Inc. v. Digital Service Consultants, Inc.., 293 F.3d 707 (4th Cir. 2002); Stover v. O'Connell Associates, Inc., 84 F.3d 132 (4th Cir. 1996). Thus, the inquiry becomes whether the assertion of personal jurisdiction over the nonresident defendant is consistent with the requirements of due process; that is, (1) has the nonresident defendant purposefully established minimum contacts with the forum state, and (2) if so, does the court's exercise of jurisdiction over the nonresident defendant comports with the traditional notions of fair play and substantial justice. See Burger King Corp. v. Rudzewiez, 471 U.S. 462, 476-77, 105 S.Ct. 2174 (1985); Leather Masters (PVT), Ltd. v. Giampier Ltd., 836 F.Supp.328 (D. Md. 1993).

Under the minimum contacts analysis, a court must determine whether the nonresident defendant has purposefully availed itself of the privilege of conducting activities within the forum state, thus invoking the benefits and protections of the state's laws. See Burger King Corp., 471 U.S. at 474-75, 105 S.Ct. 2174. The purpose of the "minimum contacts" analysis is to determine whether a defendant has a surrogate presence in the state. *ESAB Group, Inc. v. Centricut, Inc.*, 126 F.3d 617 (4th Cir. 1997). A nonresident who does not purposefully avail itself of the privileges and benefits of conducting business in

the forum state generally lacks sufficient contacts to establish personal jurisdiction; the purposeful-availment requirement prevents a nonresident defendant from being unfairly haled into distant forums with which there is little or no connection. *Burger King Corp.*, 471 U.S. at 476-77, 105 S.Ct. 2174; *MaryCLE, LLC v. First Choice Internet, Inc.*, 890 A.2d 818 (Md. App. 2006) Zogbi did not reasonably anticipate being hailed into a New York court in his individual capacity.

The nonresident Defendant`s contacts can give rise to two types of jurisdiction: specific jurisdiction, which is established when the cause of action arises out of, or relates to the Defendant`s contacts with the forum state, or general jurisdiction, which is established by the Defendant`s continuous and systematic contacts with the forum. *Burger King Corp.*, 471 U.S. at 472, 105 S.Ct. 2174; *Helicopteros Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 414, 104 S.Ct. 1868, (1984). Under specific jurisdiction, the minimum contact analysis focuses on the relationship among the defendant, the forum, and the litigation. *Id.* Specific jurisdiction exists when a defendant purposefully directs its activities at the forum state and the "litigation results from alleged injuries that arise out of or relate to" those activities." *Id.* For a New York court to exercise specific jurisdiction over a nonresident defendant, two requirements must be met: (1) the Defendant`s contacts with the forum must be purposeful, and (2) the cause of action must arise from or relate to those contacts. Whereas, general jurisdiction allows a forum to exercise jurisdiction over a defendant even if the cause of action did not arise from or relate to a Defendant`s contacts with the forum when the Defendant`s contacts with the forum are "continuous and systematic" but the minimum contacts analysis for general jurisdiction is more demanding than that for specific jurisdiction and requires a showing of substantial activities within the forum state. *ESAB Group, Inc.*, 126 F.3d at 628. To exercise general jurisdiction, the court must determine that "the contacts are sufficiently systematic and continuous as to support a reasonable exercise of jurisdiction." *Stuart v. Spademan*, 772 F.2d 1185, 1191 (5th Cir. 1985) (citing *Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770, 104 S.Ct. 1473 (1984)). "The continuous and systematic contacts test for general jurisdiction, is a difficult one to meet, requiring extensive contacts between a defendant and a forum."" *Submersible Sys., Inc. v. Perforadora Central, S.A.*, 249 F.3d 413, 419 (5th Cir. 2001)). Zogbi does not regularly conduct or solicit business in the State of New York, engage in

other persistent course of conduct in the State, or derive substantial revenue from New York related transactions.

With respect to all claims, neither contractual provision subject Zogbi to the personal jurisdiction of the New York court because he did not entered or executed the License Agreement.

## CONCLUSION

For these reasons, Defendant Rubens Elias Zogbi Filho hereby moves for the dismissal of this case against him as he is not the proper party and he is not subject to the personal jurisdiction of this Court.

RESPECTFULLY submitted this 24th day of January 2014.

/s/ Rubens Elias Zogbi Filho
MACCHIONE & NETO SOCIEDADE DE ADVOGADOS
/s/ Marcos N. Macchione, State of Sao Paulo - Brazil Bar No. 177466
Rua Urissui, 125 – 1st floor
Phoenix, Arizona 85016
Phone: ++ 55 (11) 2626-9868 / Fax: ++ 55 (11) 2872-7213
E-mail: marcos@macchioneneto.com.br
(Foreign Attorney for PRO SE Defendant Rubens Elias Zogbi Filho)

**Appendix A**



GOVERNO DO ESTADO DE SÃO PAULO
SECRETARIA DE DESENVOLVIMENTO ECONÔMICO, CIÊNCIA E TECNOLOGIA
JUNTA COMERCIAL DO ESTADO DE SÃO PAULO

## FICHA CADASTRAL COMPLETA

NESTA FICHA CADASTRAL COMPLETA, AS INFORMAÇÕES DOS QUADROS "EMPRESA", "CAPITAL", "ENDEREÇO", "OBJETO SOCIAL" E "TITULAR/SÓCIOS/DIRETORIA" REFEREM-SE À SITUAÇÃO DA EMPRESA NO MOMENTO DE SUA CONSTITUIÇÃO OU AO SEU PRIMEIRO REGISTRO CADASTRADO NO SISTEMA INFORMATIZADO.

A SEGUIR, SÃO INFORMADOS OS EXTRATOS DOS ARQUIVAMENTOS POSTERIORMENTE REALIZADOS, SE HOUVER.

A AUTENTICIDADE DESTA FICHA CADASTRAL COMPLETA PODERÁ SER CONSULTADA NO SITE WWW.JUCESP.FAZENDA.SP.GOV.BR, MEDIANTE O CÓDIGO DE AUTENTICIDADE INFORMADO AO FINAL DESTE DOCUMENTO.

PARA EMPRESAS CONSTITUÍDAS ANTES DE 1.992, OS ARQUIVAMENTOS ANTERIORES A ESTA DATA DEVEM SER CONSULTADOS NA FICHA DE BREVE RELATO (FBR).

| EMPRESA | | |
|---|---|---|
| **MK CASA DE SHOWS, EVENTOS E COMERCIO DE BEBIDAS E ALIMENTOS LTDA** | | |
| | | TIPO: SOCIEDADE LIMITADA |
| NIRE MATRIZ | DATA DA CONSTITUIÇÃO | EMISSÃO |
| 35222938098 | 21/01/2009 | 20/01/2014 15:48:46 |
| INÍCIO DE ATIVIDADE | CNPJ | INSCRIÇÃO ESTADUAL |
| 14/01/2009 | 10.602.240/0001-10 | |

| CAPITAL |
|---|
| R$ 1.000.000,00 (UM MILHÃO DE REAIS) |

| ENDEREÇO | |
|---|---|
| LOGRADOURO: RUA AUGUSTA | NÚMERO: 2805 |
| BAIRRO: CERQUEIRA CESAR | COMPLEMENTO: |
| MUNICÍPIO: SAO PAULO | CEP: 01413-100    UF: SP |

| OBJETO SOCIAL |
|---|
| RESTAURANTES E SIMILARES |
| BARES E OUTROS ESTABELECIMENTOS ESPECIALIZADOS EM SERVIR BEBIDAS |
| SERVIÇOS DE ORGANIZAÇÃO DE FEIRAS, CONGRESSOS, EXPOSIÇÕES E FESTAS |
| DISCOTECAS, DANCETERIAS, SALÕES DE DANÇA E SIMILARES |

| TITULAR / SÓCIOS / DIRETORIA |
|---|
| LEONARDO CASTREQUINI ARTICO LUPI, NACIONALIDADE BRASILEIRA, CPF: 332.314.388-45, RG/RNE: 348479165, RESIDENTE À RUA ANORI, 21, JARDIM BOM CLIMA, GUARULHOS - SP, CEP 07122-080, NA SITUAÇÃO DE SÓCIO COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 50.000,00. |
| MOKAI CASA DE SHOWS E EVENTOS LTDA, NIRE: 35222191791, SITUADA À RUA ALFANDEGA, DA, 200, SALA 230, BRAS, SAO PAULO - SP, CEP 03006-030, NA SITUAÇÃO DE SÓCIO. COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 950.000,00, (ENDERECO: RUA ALFANDEGA, DA 200 SALA 230 BRAS SP 03006030) |

ZHU XIAO YANG, NACIONALIDADE CHINESA, CPF: 227.670.688-09, RG/RNE: V061130-V, RESIDENTE À RUA JAIME ROCHA PEREIRA, ENG, 18, CITY AMERICA, NA SITUAÇÃO DE ADMINISTRADOR, REPRESENTANTE DE MOKAI CASA DE SHOWS E EVENTOS LTDA, ASSINANDO PELA EMPRESA, (ENDEREÇO: RUA JAIME ROCHA PEREIRA, ENG 18 CITY AMERICA SP 05119035)

| ARQUIVAMENTOS |
|---|

**NUM.DOC: 391.223/12-4    SESSÃO: 19/09/2012**

ALTERAÇÃO DE SÓCIOS/TITULAR/DIRETORIA: , DATADA DE: 01/07/2012.

RETIRA-SE DA SOCIDEDADE MOKAI CASA DE SHOWS E EVENTOS LTDA , NIRE 35222191791, SITUADA À RUA ALFANDEGA, DA, 200, SALA 230, BRAS, SAO PAULO - SP, CEP 03006-030, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 950.000,00.(ENDERECO: RUA ALFANDEGA, DA 200 SALA 230 BRAS SP 03006030)

RETIRA-SE DA SOCIEDADE LEONARDO CASTREQUINI ARTICO LUPI, NACIONALIDADE BRASILEIRA, CPF: 332.314.388-45, RESIDENTE À RUA ANORI, 21, JARDIM BOM CLIMA, GUARULHOS - SP, CEP 07122-080, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 50.000,00.

REMANESCENTE ZHU XIAO YANG, NACIONALIDADE CHINESA, CPF: 227.670.688-09, RG/RNE: V061130-V, RESIDENTE À RUA JAIME ROCHA PEREIRA, ENG, 18, CITY AMERICA, REPRESENTANDO MOKAI CASA DE SHOWS E EVENTOS LTDA, OCUPANDO O CARGO DE ADMINISTRADOR, ASSINANDO PELA EMPRESA.(ENDERECO: RUA JAIME ROCHA PEREIRA, ENG 18 CITY AMERICA SP 05119035)

ADMITIDO REGINALDO SANTOS, NACIONALIDADE BRASILEIRA, CPF: 193.536.505-34, RG/RNE: 15640561-1 - SP, RESIDENTE À AVENIDA SAO LUIS, 187, APTO 19, CONSOLACAO, SAO PAULO - SP, CEP 01046-001, NA SITUAÇÃO DE ADMINISTRADOR E SÓCIO, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 1.000.000,00.

INCLUSÃO DE CNPJ 10.602.240/0001-10

CONSOLIDAÇÃO CONTRATUAL DA MATRIZ. SITUADA À RUA AUGUSTA, 2805, CERQUEIRA CESAR, SAO PAULO - SP, CEP 01413-100, COM OBJETO DESTACADO DE : RESTAURANTES E SIMILARES, BARES E OUTROS ESTABELECIMENTOS ESPECIALIZADOS EM SERVIR BEBIDAS, SERVIÇOS DE ORGANIZAÇÃO DE FEIRAS, CONGRESSOS, EXPOSIÇÕES E FESTAS, DISCOTECAS, DANCETERIAS, SALÕES DE DANÇA E SIMILARES.

**NUM.DOC: 063.295/13-1    SESSÃO: 18/02/2013**

ALTERAÇÃO DA ATIVIDADE ECONÔMICA / OBJETO SOCIAL DA SEDE PARA SERVIÇOS DE ALIMENTAÇÃO PARA EVENTOS E RECEPÇÕES - BUFÊ.

ENDEREÇO DA SEDE ALTERADO PARA AVENIDA SAO LUIS, 187, 19, CONSOLACAO, SAO PAULO - SP, CEP 01046-001.

CONSOLIDAÇÃO CONTRATUAL DA MATRIZ. SITUADA À AVENIDA SAO LUIS, 187, 19, CONSOLACAO, SAO PAULO - SP, CEP 01046-001.

FIM DAS INFORMAÇÕES PARA NIRE: 35222938098
DATA DA ÚLTIMA ATUALIZAÇÃO DA BASE DE DADOS: 17/01/2014



Ficha Cadastral Completa certificada para MARCOS NETO MACCHIONE:26274934855
[ Autenticidade: 39439038 ] - Junta Comercial do Estado de São Paulo - www.jucesp.fazenda.sp.gov.br

Signature Not Verified

Assinado por: JUNTA COMERCIAL DO ESTADO DE SÃO PAULO
Data: 20/01/2014 15:48:46 -02:00
Motivo: Autenticação de Ficha Cadastral Completa
Localização: Sao Paulo

Documento Gratuito
Proibida a Comercialização

**Appendix B**



GOVERNO DO ESTADO DE SÃO PAULO
SECRETARIA DE DESENVOLVIMENTO ECONÔMICO, CIÊNCIA E TECNOLOGIA
JUNTA COMERCIAL DO ESTADO DE SÃO PAULO

**FICHA CADASTRAL SIMPLIFICADA**

NESTA FICHA CADASTRAL SIMPLIFICADA, AS INFORMAÇÕES DOS QUADROS "EMPRESA", "CAPITAL", "ENDEREÇO", "OBJETO SOCIAL" E "TITULAR/SÓCIOS/DIRETORIA" REFEREM-SE À SITUAÇÃO ATUAL DA EMPRESA, NA DATA DE EMISSÃO DESTE DOCUMENTO.

A SEGUIR, SÃO INFORMADOS OS EXTRATOS DOS CINCO ÚLTIMOS ARQUIVAMENTOS REALIZADOS, SE HOUVER.

A AUTENTICIDADE DESTA FICHA CADASTRAL SIMPLIFICADA PODERÁ SER CONSULTADA NO SITE WWW.JUCESP.FAZENDA.SP.GOV.BR, MEDIANTE O CÓDIGO DE AUTENTICIDADE INFORMADO AO FINAL DESTE DOCUMENTO.

PARA OBTER O HISTÓRICO COMPLETO DA EMPRESA, CONSULTE A FICHA CADASTRAL COMPLETA.

| EMPRESA | | |
|---|---|---|
| **MOKAI CASA DE SHOWS E EVENTOS LTDA** | | |
| | | TIPO: SOCIEDADE LIMITADA |
| NIRE MATRIZ | DATA DA CONSTITUIÇÃO | EMISSÃO |
| 35222191791 | 20/03/2008 | 20/01/2014 15:55:52 |
| INÍCIO DE ATIVIDADE | CNPJ | INSCRIÇÃO ESTADUAL |
| 07/03/2008 | 09.454.593/0001-30 | |

| CAPITAL |
|---|
| R$ 425.000,00 (QUATROCENTOS E VINTE CINCO MIL REAIS) |

| ENDEREÇO | | |
|---|---|---|
| LOGRADOURO: RUA DA ALFANDEGA | NÚMERO: 200 | |
| BAIRRO: BRAS | COMPLEMENTO: SALA 230 | |
| MUNICÍPIO: SAO PAULO | CEP: 03006-030 | UF: SP |

| OBJETO SOCIAL |
|---|
| SERVIÇOS DE ORGANIZAÇÃO DE FEIRAS, CONGRESSOS, EXPOSIÇÕES E FESTAS |
| CASAS DE FESTAS E EVENTOS |

| TITULAR / SÓCIOS / DIRETORIA |
|---|
| ZHU XIAO YANG, NACIONALIDADE CHINESA, CPF: 227.670.688-09, RESIDENTE À RUA ENG.JAIME ROCHA PEREIRA, 18, CITY AMERICA, SAO PAULO - SP, CEP 05119-035, NA SITUAÇÃO DE SÓCIO E ADMINISTRADOR, ASSINANDO PELA EMPRESA. COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 425.000,00. |

| 5 ÚLTIMOS ARQUIVAMENTOS |
|---|
| **NUM.DOC: 224.757/09-0    SESSÃO: 20/07/2009** |
| CAPITAL DA SEDE ALTERADO PARA $ 425.000,00 (QUATROCENTOS E VINTE CINCO MIL REAIS). |
| REDISTRIBUICAO DO CAPITAL DE ZHU XIAO YANG, NACIONALIDADE CHINESA, CPF: 227.670.688-09, RESIDENTE À RUA ENG.JAIME ROCHA PEREIRA, 18, CITY AMERICA, SAO PAULO - SP, CEP 05119-035, NA SITUAÇÃO DE ADMINISTRADOR E |

SÓCIO, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 127.375,00.

RETIRA-SE DA SOCIEDADE GUSTAVO HERIC COSTA, NACIONALIDADE BRASILEIRA, CPF: 313.006.468-02, RESIDENTE À AV. PAULO FACCINI, 1215, AP 181 C, JARDIM MAIA, GUARULHOS - SP, CEP 07111-000, NA SITUAÇÃO DE ADMINISTRADOR E SÓCIO, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 20.000,00.

RETIRA-SE DA SOCIEDADE THIAGO EIKI BONFIM NAGUMO, NACIONALIDADE BRASILEIRA, CPF: 338.334.678-19, RESIDENTE À RUA AFONSO CUNHA, 305, JARDIM CUMBICA, GUARULHOS - SP, CEP 07240-370, NA SITUAÇÃO DE ADMINISTRADOR E SÓCIO, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 20.000,00.

RETIRA-SE DA SOCIEDADE BRUNO TSUNEO NAGUMO, NACIONALIDADE BRASILEIRA, CPF: 369.408.158-56, RESIDENTE À RUA AFONSO CUNHA, 305, JARDIM CUMBICA, GUARULHOS - SP, CEP 07240-370, NA SITUAÇÃO DE ADMINISTRADOR E SÓCIO, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 20.000,00.

REDISTRIBUICAO DE CAPITAL DE WILLIAM OU, NACIONALIDADE BRASILEIRA, CPF: 333.029.148-65, RESIDENTE À RUA MANGABEIRA, 135, BL B AP 116, SANTA CECILIA, SAO PAULO - SP, CEP 01233-010, NA SITUAÇÃO DE ADMINISTRADOR E SÓCIO, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 29.750,00.

ADMITIDO LEONARDO CASTREQUINI ARTICO LUPI, NACIONALIDADE BRASILEIRA, CPF: 332.314.388-45, RG/RNE: 34.847.916-5 - SP, RESIDENTE À RUA ANORI, 21, JARDIM BOM CLIMA, GUARULHOS - SP, CEP 07122-080, NA SITUAÇÃO DE ADMINISTRADOR E SÓCIO, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 167.875,00.

INCLUSÃO DE CNPJ 09.454.593/0001-30

CONSOLIDAÇÃO CONTRATUAL DA MATRIZ. SITUADA À RUA DA ALFANDEGA, 200, SALA 230, BRAS, SAO PAULO - SP, CEP 03006-030, COM OBJETO DESTACADO DE : SERVIÇOS DE ORGANIZAÇÃO DE FEIRAS, CONGRESSOS, EXPOSIÇÕES E FESTAS, CASAS DE FESTAS E EVENTOS.

**NUM.DOC: 018.404/13-3     SESSÃO: 09/01/2013**

ALTERACAO DE SOCIOS/TITULAR/DIRETORIA: , DATADA DE: 17/12/2012.

REDISTRIBUICAO DO CAPITAL DE ZHU XIAO YANG, NACIONALIDADE CHINESA, CPF: 227.670.688-09, RESIDENTE À RUA ENG.JAIME ROCHA PEREIRA, 18, CITY AMERICA, SAO PAULO - SP, CEP 05119-035, NA SITUAÇÃO DE ADMINISTRADOR E SÓCIO, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 257.125,00.

RETIRA-SE DA SOCIEDADE WILLIAM OU, NACIONALIDADE BRASILEIRA, CPF: 333.029.148-65, RESIDENTE À RUA MANGABEIRA, 135, BL B AP 116, SANTA CECILIA, SAO PAULO - SP, CEP 01233-010, NA SITUAÇÃO DE ADMINISTRADOR E SÓCIO, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 29.750,00.

REMANESCENTE LEONARDO CASTREQUINI ARTICO LUPI, NACIONALIDADE BRASILEIRA, CPF: 332.314.388-45, RG/RNE: 34.847.916-5 - SP, RESIDENTE À RUA ANORI, 21, JARDIM BOM CLIMA, GUARULHOS - SP, CEP 07122-080, NA SITUAÇÃO DE ADMINISTRADOR E SÓCIO, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 167.875,00.

CONSOLIDAÇÃO CONTRATUAL DA MATRIZ. SITUADA À RUA DA ALFANDEGA, 200, SALA 230, BRAS, SAO PAULO - SP, CEP 03006-030, COM OBJETO DESTACADO DE : SERVIÇOS DE ORGANIZAÇÃO DE FEIRAS, CONGRESSOS, EXPOSIÇÕES E FESTAS, CASAS DE FESTAS E EVENTOS.

**NUM.DOC: 449.472/13-9     SESSÃO: 03/12/2013**

REDISTRIBUICAO DO CAPITAL DE ZHU XIAO YANG, NACIONALIDADE CHINESA, CPF: 227.670.688-09, RESIDENTE À RUA ENG.JAIME ROCHA PEREIRA, 18, CITY AMERICA, SAO PAULO - SP, CEP 05119-035, NA SITUAÇÃO DE SÓCIO E ADMINISTRADOR, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 425.000,00.

RETIRA-SE DA SOCIEDADE LEONARDO CASTREQUINI ARTICO LUPI, NACIONALIDADE BRASILEIRA, CPF: 332.314.388-45, RESIDENTE À RUA ANORI, 21, JARDIM BOM CLIMA, GUARULHOS - SP, CEP 07122-080, NA SITUAÇÃO DE SÓCIO E ADMINISTRADOR, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 167.875,00.

CONSOLIDAÇÃO CONTRATUAL DA MATRIZ. SITUADA À RUA DA ALFANDEGA, 200, SALA 230, BRAS, SAO PAULO - SP, CEP 03006-030, COM OBJETO DESTACADO DE : SERVIÇOS DE ORGANIZAÇÃO DE FEIRAS, CONGRESSOS, EXPOSIÇÕES E FESTAS, CASAS DE FESTAS E EVENTOS.

FIM DAS INFORMAÇÕES PARA NIRE: 35222191791
DATA DA ÚLTIMA ATUALIZAÇÃO DA BASE DE DADOS: 17/01/2014

Signature Not Verified
Assinado por: JUNTA COMERCIAL DO ESTADO DE SAO PAULO
Data: 20/01/2014 15:55:52 -02:00
Motivo: Autenticação de Ficha Cadastral Simplificada
Localização: Sao Paulo



Ficha Cadastral Simplificada certificada para MARCOS NETO MACCHIONE:26274934855
[ Autenticidade: 39439629 ] - Junta Comercial do Estado de São Paulo - www.jucesp.fazenda.sp.gov.br

Documento Gratuito
Proibida a Comercialização

NIRE: 35222191791

**Appendix C**



GOVERNO DO ESTADO DE SÃO PAULO
SECRETARIA DE DESENVOLVIMENTO ECONÔMICO, CIÊNCIA E TECNOLOGIA
JUNTA COMERCIAL DO ESTADO DE SÃO PAULO

**FICHA CADASTRAL SIMPLIFICADA**

NESTA FICHA CADASTRAL SIMPLIFICADA, AS INFORMAÇÕES DOS QUADROS "EMPRESA", "CAPITAL", "ENDEREÇO", "OBJETO SOCIAL" E "TITULAR/SÓCIOS/DIRETORIA" REFEREM-SE À SITUAÇÃO ATUAL DA EMPRESA, NA DATA DE EMISSÃO DESTE DOCUMENTO.

A SEGUIR, SÃO INFORMADOS OS EXTRATOS DOS CINCO ÚLTIMOS ARQUIVAMENTOS REALIZADOS, SE HOUVER.

A AUTENTICIDADE DESTA FICHA CADASTRAL SIMPLIFICADA PODERÁ SER CONSULTADA NO SITE WWW.JUCESP.FAZENDA.SP.GOV.BR, MEDIANTE O CÓDIGO DE AUTENTICIDADE INFORMADO AO FINAL DESTE DOCUMENTO.

PARA OBTER O HISTÓRICO COMPLETO DA EMPRESA, CONSULTE A FICHA CADASTRAL COMPLETA.

| EMPRESA | | |
|---|---|---|
| **DENOMINAÇÃO ATUAL:** **JEVEI CASA DE SHOWS E RESTAURANTE LTDA** | | |
| DENOMINAÇÕES ANTERIORES: KISS & FLY BAR E RESTAURANTE LTDA BPZ - DIVERSOES E RESTAURANTE LTDA BPZ - EMPREENDIMENTOS E PARTICIPACOES LTDA | | |
| | | TIPO: SOCIEDADE LIMITADA |

| NIRE MATRIZ | DATA DA CONSTITUIÇÃO | EMISSÃO |
|---|---|---|
| 35220353688 | 13/12/2005 | 20/01/2014 15:50:23 |

| INÍCIO DE ATIVIDADE | CNPJ | INSCRIÇÃO ESTADUAL |
|---|---|---|
| 28/11/2005 | 07.808.121/0001-03 | |

| CAPITAL |
|---|
| R$ 1.250.000,00 (UM MILHÃO, DUZENTOS E CINQUENTA MIL REAIS) |

| ENDEREÇO | |
|---|---|
| LOGRADOURO: RUA JERONIMO DA VEIGA | NÚMERO: 163 |
| BAIRRO: ITAIM BIBI | COMPLEMENTO: |
| MUNICÍPIO: SAO PAULO | CEP: 04536-000    UF: SP |

| OBJETO SOCIAL |
|---|
| BARES E OUTROS ESTABELECIMENTOS ESPECIALIZADOS EM SERVIR BEBIDAS |

| TITULAR / SÓCIOS / DIRETORIA |
|---|
| ADRIANA MENEZES DE JESUS, NACIONALIDADE BRASILEIRA, CPF: 149.595.358-06, RG/RNE: 248734374 - SP, RESIDENTE À RUA JOSE MUNIZ, 1633, APTO 116, VILA CHAMPAGNAT, FRANCA - SP, CEP 14400-180, REPRESENTANTE DE LOPES ENTRETENIMENTO LTDA. |
| CRISTIANE RIBEIRO MELO, NACIONALIDADE BRASILEIRA, CPF: 399.253.038-85, RG/RNE: 11654729 - BA, RESIDENTE À AVENIDA CHIBARAS, 626, PLANALTO PAULISTA, SAO PAULO - SP, CEP 04076-003, REPRESENTANTE DE SPH EMPREENDIMENTOS E PARTICIPACOES LTDA. |
| ELIANE GONCALVES DE FARIA, NACIONALIDADE BRASILEIRA, CPF: 311.361.538-02, RG/RNE: 36040894 - SP, RESIDENTE À RUA CAMPOS |

SALES, 1950, CENTRO, FRANCA - SP, CEP 14400-249, REPRESENTANDO DOCUMENTO LOPES ENTRETENIMENTO LTDA.

FÁBIO PHELIPE GARCIA PAGNOZZI, NACIONALIDADE BRASILEIRA, CPF: 303.960.078-80, RG/RNE: 25254193 - SP, RESIDENTE À RUA VOTUVERAVA, 83, JARDIM GUEDALA, SAO PAULO - SP, CEP 05604-020, NA SITUAÇÃO DE SÓCIO. COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 50.000,00.

FERNANDO STABILLE PIOVEZAN, NACIONALIDADE BRASILEIRA, CPF: 692.527.851-91, RG/RNE: 10874798 - MT, RESIDENTE À RUA GOMES DE CARVALHO, 1581, 10 ANDAR, VILA OLIMPIA, SAO PAULO - SP, CEP 04547-006, REPRESENTANTE DE STAPIO HOLDING DE PARTICIPACOES LTDA.

JAY 40 EVENTOS, ENTRETENIMENTO E PARTICIPACOES LTDA, NIRE 35218866614, SITUADA À RUA DA CONSOLACAO, 222, CONJUNTO 1604, CONSOLACAO, SAO PAULO - SP, CEP 01302-000, NA SITUAÇÃO DE SÓCIO. COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 156.250,00, (ENDERECO: RUA DA CONSOLACAO 222 CONJUNTO 1604 CONSOLACAO SP 013020 00)

LOPES ENTRETENIMENTO LTDA, NIRE 35225872250, SITUADA À RUA JOSE MUNIZ, 1633, APTO 116, VILA CHAMPAGNAT, FRANCA - SP, CEP 14400-180, NA SITUAÇÃO DE SÓCIO. COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 241.625,00, (ENDERECO: RUA JOSE MUNIZ 1633 APTO 116 VILA CHAMPAGNAT SP 14400180)

LUIZ GUSTAVO HADURA DE ARRUDA CAMARGO, NACIONALIDADE BRASILEIRA, CPF: 257.368.588-86, RG/RNE: 232956649 - SP, RESIDENTE À RUA DOUTOR ALBERTO DA SILVEIRA, 194, CIDADE JARDIM, SAO PAULO - SP, CEP 05671-000, NA SITUAÇÃO DE ADMINISTRADOR, REPRESENTANTE DE U.F.O - PROMOCES E EVENTOS S/C LTDA, ASSINANDO PELA EMPRESA..

LUIZ PAULO KURKDJIAN RESTIFFE DE CARVALHO, NACIONALIDADE BRASILEIRA, CPF: 403.250.426-88, RG/RNE: 340880004 - SP, RESIDENTE À RUA DOUTOR GUILHERME CRISTOFEL, 413, APTO 61, SANTANA, SAO PAULO - SP, CEP 02406-010, NA SITUAÇÃO DE SÓCIO. COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 25.000,00.

MARCUS BUAIZ, NACIONALIDADE BRASILEIRA, CPF: 081.486.117-26, RG/RNE: 1470354 - ES, RESIDENTE À ALAMEDA MAMORE, 535, CONJUNTO 1401, ALPHAVILLE INDUSTRI, BARUERI - SP, CEP 06454-040, REPRESENTANTE DE JAY 40 EVENTOS E ENTRETENIMENTO E PARTICIPACOES LTDA.

PEDRO PAULO GARCIA PAGNOZZI, NACIONALIDADE BRASILEIRA, CPF: 336.079.688-88, RG/RNE: 25254194 - SP, RESIDENTE À RUA VOTUVERAVA, 83, JARDIM GUEDALA, SAO PAULO - SP, CEP 05604-020, NA SITUAÇÃO DE SÓCIO. COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 50.000,00.

PHILIP KLEIN, NACIONALIDADE BRASILEIRA, CPF: 377.822.688-69, RG/RNE: 46692931 - SP, RESIDENTE À ALAMEDA ATENAS, 32, ALPHAVILLE RESIDENC, BARUERI - SP, CEP 06474-020, REPRESENTANTE DE SPH EMPREENDIMENTOS E PARTICIPACOES LTDA.

RICARDO STABILLE PIOVEZAN, NACIONALIDADE BRASILEIRA, CPF: 545.402.591-72, RG/RNE: 502718 - MT, RESIDENTE À RUA GOMES DE CARVALHO, 1581, 10 ANDAR, VILA OLIMPIA, SAO PAULO - SP, CEP 04547-006, REPRESENTANTE DE STAPIO HOLDING DE PARTICIPACOES LTDA.

RULY VIEIRA, NACIONALIDADE BRASILEIRA, CPF: 335.752.628-02, RG/RNE: 36226000 - SP, RESIDENTE À AVENIDA JANDIRA, 891, 1 ANDAR, MOEMA, SAO PAULO - SP, CEP 04080-005, NA SITUAÇÃO DE ADMINISTRADOR, ASSINANDO PELA EMPRESA..

SPH EMPREENDIMENTOS E PARTICIPACOES LTDA, NIRE 35226346641, SITUADA À ALAMEDA RIO NEGRO, 585, 11 ANDAR, CON, ALPHAVILLE INDUSTRI, BARUERI - SP, CEP 06454-000, NA SITUAÇÃO DE SÓCIO. COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 268.750,00, (ENDERECO: ALAMEDA RIO NEGRO 585 11 ANDAR, CON ALPHAVILLE INDUSTRI SP 06454000)

STAPIO HOLDING DE PARTICIPACOES LTDA, NIRE 35224981373, SITUADA À RUA GOMES DE CARVALHO, 1581, 10 ANDAR, VILA OLIMPIA, SAO PAULO - SP, CEP 04547-006, NA SITUAÇÃO DE SÓCIO. COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 62.500,00, (ENDERECO: RUA GOMES DE CARVALHO 1581 10 ANDAR VILA OLIMPIA SP 0454 7006)

U.F.O - PROMOCOES E EVENTOS S/C LTDA, DOCUMENTO: 00000000001, SITUADA À RUA DOUTOR ALBERTO DA SILVEIRA, 194, JARDIM SAO PAULO, SAO PAULO - SP, CEP 05671-000, NA SITUAÇÃO DE SÓCIO. COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 264.625,00, (ENDERECO: RUA DOUTOR ALBERTO DA SILVEIRA 194 JARDIM SAO PAULO SP 0 5671000)

ZHU XIAO YANG, NACIONALIDADE CHINESA, CPF: 227.670.688-09, RG/RNE: V061130V, RESIDENTE À RUA DA ALFANDEGA, 200, BRAS, NA SITUAÇÃO DE SÓCIO. COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 131.250,00, (ENDERECO: RUA DA ALFANDEGA 200 BRAS SP 03006030)

**5 ULTIMOS ARQUIVAMENTOS**

**NUM.DOC.:157.966/06-9    SESSÃO: 04/07/2006**

CAPITAL DA SEDE ALTERADO PARA $ 250.000,00 (DUZENTOS E CINQUENTA MIL REAIS).

ALTERAÇÃO DO NOME EMPRESARIAL PARA BPZ - DIVERSOES E RESTAURANTE LTDA.

REDISTRIBUICAO DO CAPITAL DE IT PARTICIPACOES LTDA , DOCUMENTO: 00000000001, SITUADA À ALAMEDA LORENA, 131, CJ118 SL05, SAO PAULO - SP, CEP 01424-000, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 83.334,00.

ALTERAÇÃO DOS DADOS CADASTRAIS DE LUIS FELIPE SCARPA STREET, NACIONALIDADE BRASILEIRA, CPF: 142.821.598-04, RESIDENTE À RUA ALEMANHA, 371, JARDIM EUROPA, SAO PAULO - SP, CEP 01448-010, REPRESENTANDO IT PARTICIPACOES LTDA, OCUPANDO O CARGO DE ADMINISTRADOR, ASSINANDO PELA EMPRESA.

REDISTRIBUICAO DO CAPITAL DE RODOLFO PIEPER, NACIONALIDADE BRASILEIRA, CPF: 095.692.270-87, RESIDENTE À RUA BELA CINTRA, 672, APTO 509, CERQUEIRA CESAR, SAO PAULO - SP, CEP 01415-000, NA SITUAÇÃO DE SÓCIO E ADMINISTRADOR, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 83.333,00.

REDISTRIBUICAO DO CAPITAL DE RUBENS ELIAS ZOGBI FILHO, NACIONALIDADE BRASILEIRA, CPF: 291.203.958-41, RESIDENTE À RUA DESEMBARGADOR AMORIM LIMA, 442, JARDIM GUEDALA, SAO PAULO - SP, CEP 05613-030, NA SITUAÇÃO DE SÓCIO E ADMINISTRADOR, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 83.333,00.

ALTERAÇÃO DA ATIVIDADE ECONÔMICA / OBJETO SOCIAL DA SEDE PARA RESTAURANTES E SIMILARES.

ENDEREÇO DA SEDE ALTERADO PARA RUA SAMUEL MORSE, 74, 2AND SL 1, BROOKLIN, SAO PAULO - SP, CEP 04576-020.

CONSOLIDAÇÃO CONTRATUAL DA MATRIZ. SITUADA À RUA SAMUEL MORSE, 74, 2AND SL 1, BROOKLIN, SAO PAULO - SP, CEP 04576-020, COM OBJETO DESTACADO DE : RESTAURANTES E SIMILARES.

**NUM.DOC: 048.888/10-2    SESSÃO: 05/02/2010**

ALTERAÇÃO DO NOME EMPRESARIAL PARA KISS & FLY BAR E RESTAURANTE LTDA.

ALTERAÇÃO DA ATIVIDADE ECONÔMICA / OBJETO SOCIAL DA SEDE PARA BARES E OUTROS ESTABELECIMENTOS ESPECIALIZADOS EM SERVIR BEBIDAS.

ENDEREÇO DA SEDE ALTERADO PARA AVENIDA CHEDID JAFET, 131, SALAO 02, VILA OLIMPIA, SAO PAULO - SP, CEP 04551-065.

INCLUSÃO DE CNPJ 07.808.121/0001-03

CONSOLIDAÇÃO CONTRATUAL DA MATRIZ. SITUADA À AVENIDA CHEDID JAFET, 131, SALAO 02, VILA OLIMPIA, SAO PAULO - SP, CEP 04551-065, COM OBJETO DESTACADO DE : BARES E OUTROS ESTABELECIMENTOS ESPECIALIZADOS EM SERVIR BEBIDAS.

**NUM.DOC: 203.002/10-6    SESSÃO: 21/06/2010**

ALTERACAO DE SOCIOS/TITULAR/DIRETORIA: , DATADA DE: 02/06/2010.

RETIRA-SE DA SOCIEDADE IT PARTICIPACOES LTDA , DOCUMENTO: 00000000001, CPF: 000.000.000-01 (CPF INCORRETO), SITUADA À ALAMEDA LORENA, 131, CJ118 SL05, SAO PAULO - SP, CEP 01424-000, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 83.334,00.

RETIRA-SE DA SOCIEDADE LUIS FELIPE SCARPA STREET, NACIONALIDADE BRASILEIRA, CPF: 142.821.598-04, RESIDENTE À RUA ALEMANHA, 371, JARDIM EUROPA, SAO PAULO - SP, CEP 01448-010, REPRESENTANDO IT PARTICIPACOES LTDA, OCUPANDO O CARGO DE ADMINISTRADOR, ASSINANDO PELA EMPRESA.

REDISTRIBUICAO DO CAPITAL DE RODOLFO PIEPER, NACIONALIDADE BRASILEIRA, CPF: 095.692.270-87, RESIDENTE À RUA BELA CINTRA, 672, APTO 509, CERQUEIRA CESAR, SAO PAULO - SP, CEP 01415-000, NA SITUAÇÃO DE SÓCIO E ADMINISTRADOR, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 83.333,00.

REDISTRIBUICAO DO CAPITAL DE RUBENS ELIAS ZOGBI FILHO, NACIONALIDADE BRASILEIRA, CPF: 291.203.958-41, RESIDENTE À RUA DESEMBARGADOR AMORIM LIMA, 442, JARDIM GUEDALA, SAO PAULO - SP, CEP 05613-030, NA SITUAÇÃO DE SÓCIO E ADMINISTRADOR, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 166.667,00.

CONSOLIDAÇÃO CONTRATUAL DA MATRIZ. SITUADA À AVENIDA CHEDID JAFET, 131, SALAO 02, VILA OLIMPIA, SAO PAULO - SP, CEP 04551-065, COM OBJETO DESTACADO DE : BARES E OUTROS ESTABELECIMENTOS ESPECIALIZADOS EM SERVIR BEBIDAS.

**NUM.DOC: 444.207/11-9    SESSÃO: 25/11/2011**

ALTERAÇÃO DO NOME EMPRESARIAL PARA JEVEI CASA DE SHOWS E RESTAURANTE LTDA.

ENDEREÇO DA SEDE ALTERADO PARA RUA JERONIMO DA VEIGA, 163, ITAIM BIBI, SAO PAULO - SP, CEP 04536-000.

CONSOLIDAÇÃO CONTRATUAL DA MATRIZ. SITUADA À RUA JERONIMO DA VEIGA, 163, ITAIM BIBI, SAO PAULO - SP, CEP

04536-000, COM OBJETO DESTACADO DE : BARES E OUTROS ESTABELECIMENTOS ESPECIALIZADOS EM SERVIR BEBIDAS.

**NUM.DOC: 430.570/12-0    SESSÃO: 04/10/2012**

CAPITAL DA SEDE ALTERADO PARA $ 1.250.000,00 (UM MILHÃO, DUZENTOS E CINQUENTA MIL REAIS).

RETIRA-SE DA SOCIEDADE RODOLFO PIEPER, NACIONALIDADE BRASILEIRA, CPF: 095.692.270-87, RESIDENTE À RUA BELA CINTRA, 672, APTO 509, CERQUEIRA CESAR, SAO PAULO - SP, CEP 01415-000, NA SITUAÇÃO DE SÓCIO E ADMINISTRADOR, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 83.333,00.

RETIRA-SE DA SOCIEDADE RUBENS ELIAS ZOGBI FILHO, NACIONALIDADE BRASILEIRA, CPF: 291.203.958-41, RESIDENTE À RUA DESEMBARGADOR AMORIM LIMA, 442, JARDIM GUEDALA, SAO PAULO - SP, CEP 05613-030, NA SITUAÇÃO DE SÓCIO E ADMINISTRADOR, ASSINANDO PELA EMPRESA, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 166.667,00.

ADMITIDO U.F.O - PROMOCOES E EVENTOS S/C LTDA , DOCUMENTO: 00000000001, SITUADA À RUA DOUTOR ALBERTO DA SILVEIRA, 194, JARDIM SAO PAULO, SAO PAULO - SP, CEP 05671-000, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 264.625,00.(ENDERECO: RUA DOUTOR ALBERTO DA SILVEIRA 194 JARDIM SAO PAULO SP 0 5671000)

ADMITIDO FABIO PHELIPE GARCIA PAGNOZZI, NACIONALIDADE BRASILEIRA, CPF: 303.960.078-80, RG/RNE: 25254193 - SP, RESIDENTE À RUA VOTUVERAVA, 83, JARDIM GUEDALA, SAO PAULO - SP, CEP 05604-020, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 50.000,00.

ADMITIDO PEDRO PAULO GARCIA PAGNOZZI, NACIONALIDADE BRASILEIRA, CPF: 336.079.688-88, RG/RNE: 25254194 - SP, RESIDENTE À RUA VOTUVERAVA, 83, JARDIM GUEDALA, SAO PAULO - SP, CEP 05604-020, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 50.000,00.

ADMITIDO STAPIO HOLDING DE PARTICIPACOES LTDA , NIRE 35224981373, SITUADA À RUA GOMES DE CARVALHO, 1581, 10 ANDAR, VILA OLIMPIA, SAO PAULO - SP, CEP 04547-006, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 62.500,00.(ENDERECO: RUA GOMES DE CARVALHO 1581 10 ANDAR VILA OLIMPIA SP 0454 7006)

ADMITIDO ZHU XIAO YANG, NACIONALIDADE CHINESA, CPF: 227.670.688-09, RG/RNE: V061130-V, RESIDENTE À RUA DA ALFANDEGA, 200, BRAS, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 131.250,00.(ENDERECO: RUA DA ALFANDEGA 200 BRAS SP 03006030)

ADMITIDO JAY 40 EVENTOS, ENTRETENIMENTO E PARTICIPACOES LTDA , NIRE 35218866614, SITUADA À RUA DA CONSOLACAO, 222, CONJUNTO 1604, CONSOLACAO, SAO PAULO - SP, CEP 01302-000, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 156.250,00.(ENDERECO: RUA DA CONSOLACAO 222 CONJUNTO 1604 CONSOLACAO SP 013020 00)

ADMITIDO LUIZ PAULO KURKDJIAN RESTIFFE DE CARVALHO, NACIONALIDADE BRASILEIRA, CPF: 403.250.428-88, RG/RNE: 34088000-4 - SP, RESIDENTE À RUA DOUTOR GUILHERME CRISTOFEL, 413, APTO 61, SANTANA, SAO PAULO - SP, CEP 02406-010, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 25.000,00.

ADMITIDO LOPES ENTRETENIMENTO LTDA , NIRE 35225872250, SITUADA À RUA JOSE MUNIZ, 1633, APTO 116, VILA CHAMPAGNAT, FRANCA - SP, CEP 14400-180, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 241.625,00.(ENDERECO: RUA JOSE MUNIZ 1633 APTO 116 VILA CHAMPAGNAT SP 14400180)

ADMITIDO SPH EMPREENDIMENTOS E PARTICIPACOES LTDA , NIRE 35226346641, SITUADA À ALAMEDA RIO NEGRO, 585, 11 ANDAR, CON, ALPHAVILLE INDUSTRI, BARUERI - SP, CEP 06454-000, NA SITUAÇÃO DE SÓCIO, COM VALOR DE PARTICIPAÇÃO NA SOCIEDADE DE $ 268.750,00.(ENDERECO: ALAMEDA RIO NEGRO 585 11 ANDAR, CON ALPHAVILLE INDUSTRI SP 06454000)

NOMEADO RULY VIEIRA, NACIONALIDADE BRASILEIRA, CPF: 335.752.628-02, RG/RNE: 362260-00 - SP, RESIDENTE À AVENIDA JANDIRA, 891, 1 ANDAR, MOEMA, SAO PAULO - SP, CEP 04080-005, OCUPANDO O CARGO DE ADMINISTRADOR, ASSINANDO PELA EMPRESA.

NOMEADO LUIZ GUSTAVO HADURA DE ARRUDA CAMARGO, NACIONALIDADE BRASILEIRA, CPF: 257.368.588-86, RG/RNE: 23295664-9 - SP, RESIDENTE À RUA DOUTOR ALBERTO DA SILVEIRA, 194, CIDADE JARDIM, SAO PAULO - SP, CEP 05671-000, REPRESENTANDO U.F.O - PROMOCOES E EVENTOS S/C LTDA, OCUPANDO O CARGO DE ADMINISTRADOR, ASSINANDO PELA EMPRESA.

CITADO FERNANDO STABILLE PIOVEZAN, NACIONALIDADE BRASILEIRA, CPF: 692.527.851-91, RG/RNE: 1087479-8 - MT, RESIDENTE À RUA GOMES DE CARVALHO, 1581, 10 ANDAR, VILA OLIMPIA, SAO PAULO - SP, CEP 04547-006, REPRESENTANDO STAPIO HOLDING DE PARTICIPACOES LTDA.

CITADO RICARDO STABILLE PIOVEZAN, NACIONALIDADE BRASILEIRA, CPF: 545.402.591-72, RG/RNE: 502718 - MT, RESIDENTE À RUA GOMES DE CARVALHO, 1581, 10 ANDAR, VILA OLIMPIA, SAO PAULO - SP, CEP 04547-006, REPRESENTANDO STAPIO HOLDING DE PARTICIPACOES LTDA.

CITADO MARCUS BUAIZ, NACIONALIDADE BRASILEIRA, CPF: 081.486.117-26, RG/RNE: 1470354 - ES, RESIDENTE À ALAMEDA MAMORE, 535, CONJUNTO 1401, ALPHAVILLE INDUSTRI, BARUERI - SP, CEP 06454-040, REPRESENTANDO JAY 40 EVENTOS, ENTRETENIMENTO E PARTICIPACOES LTDA.

CITADO ELIANE GONÇALVES DE FARIA, NACIONALIDADE BRASILEIRA, CPF: 180.381.538-01, RG/RNE: 26904-9 - SP, RESIDENTE À RUA CAMPOS SALES, 1950, CENTRO, FRANCA - SP, CEP 14400-710, REPRESENTANDO LOPES ENTRETENIMENTO LTDA.

CITADO ADRIANA MENEZES DE JESUS, NACIONALIDADE BRASILEIRA, CPF: 149.595.358-06, RG/RNE: 24873437-4 - SP, RESIDENTE À RUA JOSE MUNIZ, 1633, APTO 116, VILA CHAMPAGNAT, FRANCA - SP, CEP 14400-180, REPRESENTANDO LOPES ENTRETENIMENTO LTDA.

CITADO PHILIP KLEIN, NACIONALIDADE BRASILEIRA, CPF: 377.822.688-69, RG/RNE: 46692931 - SP, RESIDENTE À ALAMEDA ATENAS, 32, ALPHAVILLE RESIDENC, BARUERI - SP, CEP 06474-020, REPRESENTANDO SPH EMPREENDIMENTOS E PARTICIPACOES LTDA.

CITADO CRISTIANE RIBEIRO MELO, NACIONALIDADE BRASILEIRA, CPF: 399.253.038-85, RG/RNE: 11654729 - BA, RESIDENTE À AVENIDA CHIBARAS, 626, PLANALTO PAULISTA, SAO PAULO - SP, CEP 04076-003, REPRESENTANDO SPH EMPREENDIMENTOS E PARTICIPACOES LTDA.

CONSOLIDAÇÃO CONTRATUAL DA MATRIZ. SITUADA À RUA JERONIMO DA VEIGA, 163, ITAIM BIBI, SAO PAULO - SP, CEP 04536-000, COM OBJETO DESTACADO DE : BARES E OUTROS ESTABELECIMENTOS ESPECIALIZADOS EM SERVIR BEBIDAS.

FIM DAS INFORMAÇÕES PARA NIRE: 35220353688
DATA DA ÚLTIMA ATUALIZAÇÃO DA BASE DE DADOS: 17/01/2014



Ficha Cadastral Simplificada certificada para MARCOS NETO MACCHIONE:26274934855
[ Autenticidade: 39439174 ] - Junta Comercial do Estado de São Paulo - www.jucesp.fazenda.sp.gov.br

Signature Not Verified
Assinado por: JUNTA COMERCIAL DO ESTADO DE SAO PAULO
Data: 20/01/2014 15:50:23-02:00
Motivo: Autenticação de Ficha Cadastral Simplificada
Localização: Sao Paulo

**Appendix D**



●●○○ TIM 🔋

‹ Voltar (2)

16:19    13% 🔋✈

**Michael**  Contato

Like i told i dont want
trouble or problems.
Count on me

I was 100 % clear with u.
I wont Open any
Provocateur ..... If u hear
anything is not me , I dont
sign for THE brand , for
THE club and i dont run
anything . If u need
something just tell me
and i will find out for u
with plesure . I can use
my lawyer in SP for
anything u need . Just let
me known

Ok

I'm coming back to Miami
tomorrow

iMessage                    Enviar



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
Pro Se Office



SCANNED

To:      The Honorable <u>Judge Jesse M. Furman</u>

From:      <u>R.Diaz</u>, Pro Se Intake Clerk, Docket Services, Ext. <u>1177</u>

Date:      <u>1/31/2014</u>

Re:      **MJS Events, L.L.C. v. MK Casa De Shows E Events, Ltda et al, 13-cv-09249-JMF**

The attached document, which was received by this Office on <u>1/31/2014</u>, has been submitted to the Court for filing. The document is deficient as indicated below. Instead of docketing the document for public access, it has been docketed as a court-view only docket entry. I am forwarding it to you for your consideration. See Fed. R. Civ. P. 5(d)(2)(B), (4).

(X)      No original signature.

( )      No Affirmation of Service/ proof of service.

( )      Other:_____

_____

     If you memo-endorse the filing, you do not need to return this memorandum to the Pro Se Office. Once your memo-endorsement is docketed and filed, all ECF users on the case will be notified.

     In the alternative, please return this memorandum with the attached papers to this Office, indicating at the bottom what action should be taken.

(✓)    **ACCEPT FOR FILING**        ( )    **RETURN TO *PRO SE* LITIGANT**

_____

United States District Judge

Dated: 2/8/14

Comments: _____

FEB - 6 2014

PRO SE OFFICE

_____

United States Magistrate Judge

Dated:



**FedEx**
Express

**FedEx Express** International Air Waybill

**1 From**
Date 6/2/14   Sender's FedEx Account Number

Sender's Name MILCH MEADOWADO   Phone 55 11 2626 9862

Company MACHMONE MEDIDOC ADV.

Address RUA URUGUI 125 A-AND

Address ITAIM BIBI

City SAN PAULO   State/Province SP

Country BRAZIL   Zip/Postal Code

**2** Recipient's Name   Phone

Company PROSE INTAKE UNIT

Address 500 PEARL STREET   Dept/Floor

Address

City NEW YORK   State/Province NY

Country USA   ZIP/Postal Code 10007

**3 Shipment Information**
Total Packages 1   Total Weight 0.5

Commodity Description   Harmonized Code   Country of Manufacture   Value for Customs

DOCS

Extremely Urgent